# United States District Court

for

## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Joani Bush</u>          Case Number: <u>3:09-00092-10</u>

Name of Sentencing Judicial Officer: <u>Honorable William J. Haynes, Jr., Senior U.S. District Judge</u>

Date of Original Sentence: <u>February 10, 2012</u>

Original Offense: <u>21 U.S.C. § 846 Lesser Included Offense of Conspiracy to Distribute and Possession with</u>
<u>Intent to Distribute a Quantity of Heroin</u>

Original Sentence: <u>84 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced: <u>December 3, 2014</u>

Assistant U.S. Attorney: <u>Harold B. McDonough, Jr.</u>     Defense Attorney: <u>James K. Cartwright</u>

---

The Court orders:

☒ No Action Necessary at this Time   *as recommended*
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Considered this __1st__ day of __June__, 2015,
and made a part of the records in the above case.

_Abigail Dillingham_
Abigail J. Dillingham
U.S. Probation Officer

_William J. Haynes, Jr._
William J. Haynes, Jr.
Senior U.S. District Judge

Place          Nashville

Date          June 5, 2015

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.     **The defendant shall refrain from any unlawful use of a controlled substance.**

On May 27, 2015, Ms. Bush submitted a urine sample which tested positive for marijuana. The offender reported she used marijuana on May 13, 2015, in an effort to help with nausea she was experiencing from her cancer treatments.

**Compliance with Supervision Conditions and Prior Interventions:**
On December 2, 2014, Ms. Bush's term of imprisonment was reduced to the time she already served in custody. It was ordered she be released from the custody of the Federal Bureau of Prisons as soon as her medical condition permitted, the release plan was implemented, and travel arrangements were made. Joani Bush began her term of supervised release on December 3, 2014, and her term of supervision is due to terminate on December 2, 2017. The offender currently resides in Murfreesboro, Tennessee, with two other adults, and receives disability benefits.

Ms. Bush has been diagnosed with stage IV adenocarcinoma of the lung, with multiple site metastasis, including bilateral ribs and soft tissue of the legs. She is not a candidate for surgery due to multiple site involvement. Ms. Bush is also not a good candidate for chemotherapy due to her health issues. Her condition is considered terminal, with a life expectancy of less than 18 months. On March 20, 2015, Ms. Bush's term of supervised release was modified, and the special condition ordering her to reside at a halfway house for twenty-four months was removed.

On June 5, 2015, Ms. Bush reported she had contacted Hospice Care regarding her recent drug use. She will receive drug treatment in her home at least twice a month through Hospice Care, to start immediately.

**U.S. Probation Officer Recommendation:**
It is recommended that Ms. Bush be continued on supervision with no further action taken at this time, so she can take advantage of ongoing substance abuse treatment. This matter has been reported to a representative of the U.S. Attorney's Office, who concurs with the recommendation.

Approved: _____

Britton Shelton
Supervisory U.S. Probation Officer